**Order entered August 17, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00557-CR

**ANTONIO JACKSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 5
Collin County, Texas
Trial Court Cause No. 005-80497-2018**

## ORDER

Before the Court is appellant's August 16, 2018 motion for extension of time to file his brief. We **GRANT** the motion. Appellant's brief shall be due on or before **September 17, 2018**.

/s/    CRAIG STODDART
        JUSTICE